UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:09-cr-23 |
| v. ) | |
| ) | MATTICE / LEE |
| FLORA RIVERA-PABLO ) | |
| ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Counts One, Two and Three of the three-count superseding Indictment (2) accept Defendant's plea of guilty to Counts One, Two and Three of the Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One, Two and Three of the Superseding Indictment; and (4) Defendant has been released on bond under appropriate conditions of release pending sentencing in this matter without objection [Doc. 18]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 18] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw her not guilty plea to Counts One, Two and Three of the Superseding Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One, Two and Three of the Superseding Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One, Two and Three of the Superseding Indictment;

(4) Defendant **SHALL REMAIN** on bond under appropriate conditions of release **pending sentencing in this matter without objection which is scheduled to take place on Tuesday, February 16, 2010 at 1:00 p.m. [EASTERN] before - K CHECK MINUTES** the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                                    */s/Harry S. Mattice, Jr.*
                                    HARRY S. MATTICE, JR.
                              UNITED STATES DISTRICT JUDGE